Valery Nechay (SBN 314752)
Law Office of Valery Nechay
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (650) 761-0148
Fax: (866) 611-3744
E-Mail: valery@nechaylaw.com

Che L. Hashim, Esq. (SBN 238565)
Law Office of Che L. Hashim
861 Bryant Street
San Francisco, CA 94103
Tel: (415) 487-1700
Fax: (628) 243-9919
Email: che.hashim.esq@gmail.com

Samuel Lasser (SBN 252754)
Law Office of Samuel Lasser
398 Primrose Rd. #225
Burlingame, CA 94010
Phone: (415) 994-9930
Fax: (415) 358-5789
Email: samlasser@hotmail.com

Attorneys for Plaintiff
TRACY MITCHUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **TRACY MITCHUM**, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **KENNY JAMES ARNOLD**, individually and in his capacity as a sworn peace officer of the California Highway Patrol, **DOES 1 through 10**, and **CALIFORNIA HIGHWAY PATROL**, a public entity and subdivision of the State of California <br><br> Defendants. | CASE NO. 1:19-cv-00446-AWI-SKO <br><br> **STIPULATION, REQUEST AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** <br><br><br> Judge: The Honorable Anthony W. Ishiii <br><br> Action filed: April 5, 2019 |

Plaintiff Tracy Mitchum and Defendant Kenny James Arnold, hereby stipulate and request as follows:

The Mandatory Scheduling Conference is currently scheduled for June 27, 2019, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto. The parties are in the process of meeting and conferring on potential amendments to Plaintiff's complaint, following a Stipulation and Order allowing an extension of time for Defendant Kenny James Arnold to file his response to Plaintiff's Complaint. As Plaintiff and Defendant Arnold are still in the meet and confer process regarding the possibility of agreeing that Plaintiff be granted leave to file a First Amended Complaint, and given the status of service on the California Highway Patrol, the parties believe it will be more productive to hold the Initial Case Management Conference when and if a First Amended Complaint has been filed, and served on all parties, or the present Complaint served on all parties.

Therefore, the parties have agreed and stipulated to a continuance of the Mandatory Scheduling Conference to a date convenient to the Court and the parties. It is the parties expectation that an additional Stipulation, Request and [Proposed] Order granting leave to file a First Amended Complaint

**IT IS SO STIPULATED.**

Date: June 21, 2019

*/s/ Valery Nechay*
Valery Nechay (SBN 314752)
Attorney for Plaintiff
Tracy Mitchum

Date: June 21, 2019

*/s/ Che L. Hashim*
Che L. Hashim, Esq. (SBN 238565)
Attorney for Plaintiff
Tracy Mitchum

Date: June 21, 2019

*/s/ Samuel Lasser*
Samuel Lasser (SBN 252754)
Attorney for Plaintiff
Tracy Mitchum

Date: June 21, 2019

          */s/ Julio A. Hernández*
Julio A. Hernández (SBN 260508)
Deputy Attorney General
Attorneys for Defendant
Officer Kenny James Arnold

## ORDER

Pursuant to the parties' above stipulation, the Mandatory Scheduling Conference currently set for June 27, 2019, is CONTINUED to August 13, 2019, at 9:45 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than August 6, 2019.

IT IS SO ORDERED.

Dated: __**June 26, 2019**__            /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE