# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY MITCHUM**, an individual, | Case No. 1:19-cv-00446-AWI-SKO |
| Plaintiff, | **ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST** |
| vs. | (Doc. 8) |
| **KENNY JAMES ARNOLD**, individually and in his capacity as a sworn peace officer of the California Highway Patrol, **DOES 1 through 10**, and **CALIFORNIA HIGHWAY PATROL**, a public entity and subdivision of the State of California | |
| Defendants. | |

**ORDER**

On July 8, 2019, the parties stipulated that Plaintiff be permitted to file a First Amended Complaint. (Doc. 8.) The parties stipulated that the proposed First Amended Complaint attached to their stipulation be "deemed to have been filed and properly served" on Defendant Kenny James Arnold as of the date of the order approving the stipulation (*See id.*)

Although the Court approves the parties' stipulation as it relates to the filing of an amended pleading, for purposes of docket management, the operative pleading must be filed on the docket separately. Thus, Plaintiff must file her First Amended Complaint—the Court will not deem it filed.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Within two (2) days from the date of this order, Plaintiff shall file a First Amended Complaint conforming to the proposed amended complaint filed as an exhibit to the parties' stipulation; and

2. Within thirty (30) days from the filing of the First Amended Complaint, Defendant shall file a responsive pleading.

IT IS SO ORDERED.

Dated: **July 9, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE